# CASE ANNOUNCEMENTS

*July 31, 2014*

[Cite as *07/31/2014 Case Announcements*, 2014-Ohio-3318.]

## MOTION AND PROCEDURAL RULINGS

**In re Johnson.**
On February 6, 2014, this court found Cinseree Johnson to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Johnson was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On July 21, 2014, Johnson presented a motion for leave to file a notice of appeal.

It is ordered by the court that the motion for leave to file is denied.

**In re Helfrich.**
On April 26, 2013, this court found James Helfrich to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Helfrich was prohibited from filing an affidavit of disqualification without first seeking leave. On July 18, 2014, Helfrich presented an application to proceed to file an affidavit of disqualification of Chief Justice Maureen O'Connor.

It is ordered by the court that the application to proceed to file an affidavit of disqualification is denied.

## MISCELLANEOUS DISMISSALS

**2014–1110. State v. Woodley.**
Allen App. No. 1–12–13. This cause is pending before the court as a jurisdictional appeal.

It is ordered by the court, sua sponte, that this case is dismissed, as it is a duplicate of Supreme Court case No. 2014–1011.